NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN A. KOCH,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )      Case No. 2D19-549
                                   )
CHARLENE P. McKAY,                 )
f/k/a Charlene P. Koch             )
                                   )
          Appellee.                )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Pinellas County; Jack Helinger, Judge.

Peter N. Meros, St. Petersburg, for
Appellant.

Jane H. Grossman, St. Petersburg, for
Appellee.


PER CURIAM.

          Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.